J-A04006-15

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| JOSEPH J. PIOTTI, JR., | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellee | : | |
| | : | |
| v. | : | |
| | : | |
| JULIE R. PIOTTI, | : | |
| | : | |
| Appellant | : | No. 899 WDA 2014 |

Appeal from the Decree April 30, 2014
In the Court of Common Pleas of Blair County
Civil Division at No(s): 2010 GN 3057

BEFORE:    BOWES, OLSON, and STRASSBURGER,* JJ.

CONCURRING STATEMENT BY STRASSBURGER, J.:          **FILED JUNE 17, 2015**

I agree with most of what the learned Majority has written.

I write separately to emphasize that Wife's overall financial situation is vastly inferior to Husband's.  Whether the disparity in income is taken into account by awarding Wife additional property, additional alimony in amount and/or duration, or counsel fees and master's costs, or any combination of the above is a matter for the trial court's discretion.  The present award is simply unfair to Wife.

*Retired Senior Judge assigned to the Superior Court.